UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

IN RE:     Barrick, Joel A.
             Barrick, Kari L.
                                  CHAPTER 7
                                  BKY CASE NO.  10-50183

                Debtor(s).

_____

**RESIGNATION AND TRUSTEE'S FINAL REPORT**
_____

The undersigned resigns as trustee and makes this Final Report of prior administration.

1.    Attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate prior to the trustee's resignation.

2.    Attached hereto as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $5,025.00, disbursements of $ 152.76 and a balance on hand of $4,872.24.

3.    Attached hereto is a copy of the most current bank statement reconciled to the balance on hand as reported in paragraph 2.

4.    The trustee will prepare and file with the Clerk and serve upon the United States Trustee a separate application for the allowance of any requested compensation and reimbursement of expenses.

5.    Upon being notified of the appointment of a successor trustee, the trustee shall immediately turn over the balance of funds on hand and all estate financial records to the successor trustee.

WHEREFORE, the trustee requests that this report be accepted and that I be discharged from any further duties as trustee.

Dated: December 26, 2012       */e/ Terri A. Running*
                                     Terri A. Running
                                     Trustee in Bankruptcy
                                     P.O. Box 583454
                                     Minneapolis, MN 55458

                                     (612) 279-2660
                                     (612) 279-2666 *Facsimile*

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Resignation and Trustee's Final Report.

Dated: 1/10/13      Daniel McDermott
UNITED STATES TRUSTEE
REGION 12

*Tom Kleiner*

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50183 RA  
**Case Name:** Barrick, Joel A.  
Barrick, Kari L.  
**Period Ending:** 12/26/12

**Trustee:** (430130)   Terri A. Running  
**Filed (f) or Converted (c):** 02/18/10 (f)  
**§341(a) Meeting Date:** 03/18/10  
**Claims Bar Date:** 11/29/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>15288 69 Ave NW<br>The North 330' of the SW1/4 SW1/4, Section 20,<br>Township 145, Range 31<br>And<br>W1/2 of SW1/4, Section 20, Township 145,<br>Range 31, Cass County | 52,600.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL PROPERTY - GEORGIA<br>187 Dow Jones Rd<br>Bainbridge, GA<br>All of Lot 6 of Westside Subdivision located in<br>Land Lot 415 opf the 15th Land District<br>Decatur County<br>Recorded in Deed Book U-19, Pages 356-361 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL PROPERTY - FLORIDA<br>2154 Oxford Ridge<br>Lot V68, Westminster, Phase 5<br>Plat Book 73, Pages 50 and 51<br>Lee County, FL | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | REAL PROPERTY - FLORIDA<br>2208 Oxford Ridge<br>Lot 87 of Westminster, Phase I-B & I-C<br>a subdivision of a portion of Section 32, Twp 44S, | 316,780.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-50183 RA
**Case Name:** Barrick, Joel A.
Barrick, Kari L.
**Period Ending:** 12/26/12

**Trustee:** (430130)   Terri A. Running
**Filed (f) or Converted (c):** 02/18/10 (f)
**§341(a) Meeting Date:** 03/18/10
**Claims Bar Date:** 11/29/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Range 26W<br>Plat Book 57, Pages 82 through 85 inclusive<br>Lee County, FL | | | | | |
| 5 | REAL PROPERTY - CASS COUNTY<br>6239 Kingston Way NW<br>Lot 4, Block 1, Kingston Estates<br>Cass County   (See Footnote) | 68,000.00 | 11,600.00 | OA | 0.00 | FA |
| 6 | REAL PROPERTY - HOMESTEAD<br>8989 Baywatch Tr NW<br>Walker, MN<br>Cass County | 659,900.00 | 0.00 | DA | 0.00 | FA |
| 7 | REAL PROPERTY - 22.23 ACRES - GEORGIA<br>Thomas County, Georgia..   THERE IS A JUDGMENT LIEN ON THIS PROPERTY.   (See Footnote) | 51,675.00 | 51,675.00 | OA | 0.00 | FA |
| 8 | REAL PROPERTY - FLORIDA<br>Lot 34, Block 4286, Port Charlotte Subdivision<br>Section 58, A Subdivision<br>Plat Book 5, Pages 72A thru 72J<br>Charlotte County, FL  (See Footnote) | 37,113.00 | 37,113.00 | OA | 0.00 | FA |
| 9 | REAL PROPERTY - SALES LOT<br>W 1/2 SE 1/4, Section 3, Township 145N, Range 32<br>West of the Fifth Principal Meridian | 325,400.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-50183 RA  
**Case Name:** Barrick, Joel A.  
Barrick, Kari L.  
**Period Ending:** 12/26/12

**Trustee:** (430130)  Terri A. Running  
**Filed (f) or Converted (c):** 02/18/10 (f)  
**§341(a) Meeting Date:** 03/18/10  
**Claims Bar Date:** 11/29/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Hubbard County | | | | | |
| 10 | CASH ON HAND  (See Footnote) | 5.00 | 5.00 | | 126.95 | FA |
| 11 | BANK ACCOUNTS - BANK OF WALKER<br>  Checking #7373: $248.05 actual balance DOF  (See Footnote) | 1,326.13 | 1,326.13 | | 248.05 | FA |
| 12 | HOUSEHOLD GOODS AND FURNISHINGS<br>  Bedroom, Kitchen & Living roon Furniture, Appliances, Linens, Kitchenwear, Personal Goods of Children, TV, DVD, Radio, Lawn mower | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | WEDDING RING (W) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 15 | WEDDING Ring (H) | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2000 FORD F150 (W)<br>  VIN:2FTRX18L1YCA56847<br>  Titled: (W)  (See Footnote) | 5,325.00 | 1,125.00 | | 1,125.00 | FA |
| 17 | 2005 MERCEDES BENZ E-430 - 55,000 MILES (W)<br>   Titled:  Minn Auto Zone:  FIRST NATIONAL BANK OF BEMIJI HAS A PERFECTED SECURITY INTEREST IN THE VEHICLE IN THE AMOUNT OF $60,017.25 AS OF 8/9/11.  (See Footnote) | 21,000.00 | 21,000.00 | OA | 0.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50183 RA  
**Case Name:** Barrick, Joel A.  
Barrick, Kari L.  
**Period Ending:** 12/26/12  

**Trustee:** (430130)  Terri A. Running  
**Filed (f) or Converted (c):** 02/18/10 (f)  
**§341(a) Meeting Date:** 03/18/10  
**Claims Bar Date:** 11/29/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2007 FORD EXPEDITION (W)<br>Titled: Minn Auto Zone | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1990 SEA RAY SUNDANCE 27' BOAT (J) (See Footnote) | 11,350.00 | 11,350.00 | | 3,000.00 | FA |
| 20 | TOOLS (H) (See Footnote) | 500.00 | 500.00 | | 500.00 | FA |
| 21 | 2007 CONT TRAILER (H)<br>VIN: 1ZJBA25207C002687<br>Titled: (H) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2009 Tax Refund (u)<br>State refund $25.00 | 0.00 | 0.00 | | 25.00 | FA |
| **22** | **Assets** Totals (Excluding unknown values) | **$1,756,674.13** | **$135,694.13** | | **$5,025.00** | **$0.00** |

RE PROP# 5      MN 204 8/27/12  
RE PROP# 7      MN 204 8/27/12  
RE PROP# 8      MN 204 11/8/12  
RE PROP# 10     MN 204 11/19/12  
RE PROP# 11     MN 204 11/19/12  
RE PROP# 16     MN 204 11/19/12  
RE PROP# 17     MN 204 10/29/12  
RE PROP# 19     MN 204 6/8/12  
RE PROP# 20     MN 204 11/19/12  

Printed: 12/26/2012 04:17 PM    V.13.11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| **Case Number:** | 10-50183 RA | **Trustee:** (430130) Terri A. Running |
| **Case Name:** | Barrick, Joel A. | **Filed (f) or Converted (c):** 02/18/10 (f) |
| | Barrick, Kari L. | **§341(a) Meeting Date:** 03/18/10 |
| **Period Ending:** | 12/26/12 | **Claims Bar Date:** 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

11/26/12  Filed TFR

**Initial Projected Date Of Final Report (TFR):** March 18, 2011    **Current Projected Date Of Final Report (TFR):** November 26, 2012 (Actual)

Printed: 12/26/2012 04:17 PM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-50183 RA  
**Case Name:** Barrick, Joel A.  
Barrick, Kari L.  
**Taxpayer ID #:** 38-6947252  
**Period Ending:** 12/26/12

**Trustee:** Terri A. Running (430130)  
**Bank Name:** Rabobank, N.A.  
**Account:** 5000537066 - Checking Account  
**Blanket Bond:** $20,007,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,872.24 | | 4,872.24 |
| | | | **ACCOUNT TOTALS** | | 4,872.24 | 0.00 | **$4,872.24** |
| | | | Less: Bank Transfers | | 4,872.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/26/2012 04:17 PM V.13.11

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 10-50183 RA | | Trustee: | Terri A. Running (430130) |
|---|---|---|---|---|
| Case Name: | Barrick, Joel A. | | Bank Name: | The Bank of New York Mellon |
| | Barrick, Kari L. | | Account: | 9200-49284114-65 - Checking Account |
| Taxpayer ID #: | 38-6947252 | | Blanket Bond: | $20,007,000.00  (per case limit) |
| Period Ending: | 12/26/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/10 | {22} | STATE OF MINNESOTA | TURNOVER OF STATE INCOME TAX REFUND | 1224-000 | 25.00 | | 25.00 |
| 05/30/12 | {19} | Kari L. Barrick | Payment for 1990 Swea Ray | 1129-000 | 3,000.00 | | 3,025.00 |
| 06/19/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2012 FOR CASE #10-50183, Blanket Bond # 016018054 | 2300-000 | | 2.76 | 3,022.24 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,997.24 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,972.24 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,947.24 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,922.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,897.24 |
| 11/15/12 | | KARI L. BARRICK | PAYMENT FOR REMAINING NON EXEMPT ASSETS | | 2,000.00 | | 4,897.24 |
| | {16} | | 1,125.00 | 1129-000 | | | 4,897.24 |
| | {20} | | 500.00 | 1129-000 | | | 4,897.24 |
| | {11} | | 248.05 | 1129-000 | | | 4,897.24 |
| | {10} | | 126.95 | 1129-000 | | | 4,897.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,872.24 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001043013088 20121213 | 9999-000 | | ! 4,872.24 | 0.00 |

| | | | | Subtotals: | $5,025.00 | $5,025.00 | |

{} Asset reference(s)     !-Not printed or not transmitted                            Printed: 12/26/2012 04:17 PM   V.13.11

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-50183 RA  
**Case Name:** Barrick, Joel A.  
Barrick, Kari L.  
**Taxpayer ID #:** 38-6947252  
**Period Ending:** 12/26/12  

**Trustee:** Terri A. Running (430130)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-49284114-65 - Checking Account  
**Blanket Bond:** $20,007,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **5,025.00** | **5,025.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,872.24 | |
| | | | **Subtotal** | | **5,025.00** | **152.76** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,025.00** | **$152.76** | |

Net Receipts : 5,025.00  
Net Estate : $5,025.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 5000537066** | 0.00 | 0.00 | 4,872.24 |
| **Checking # 9200-49284114-65** | 5,025.00 | 152.76 | 0.00 |
| | $5,025.00 | $152.76 | $4,872.24 |
| Bank Transfers | $4,872.24 | $4,872.24 | |